IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 58071 |
| TOMEEKA JONES | ) | HON. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT:  U.S.BANKRUPTCY COURT
        219 S. DEARBORN STREET, COURTROOM 642
        CHICAGO IL 60604

   ON:  **April 8, 2008**             AT:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   | | |
   |---|---|
   | RECEIPTS | $7600.72 |
   | DISBURSEMENTS | $8.11 |
   | NET CASH AVAILABLE FOR DISTRIBUTION | $7,592.61 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| | | | |

PAID

| | | | |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $1,510.07 | $0 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No creditors have filed priority claims in this case.

7. General unsecured creditors filed claims totaling $39,759.96 and will receive a distribution of 15% of the amount of their claims as follows:

| Creditor | Amount of Claim | Interest | Amount of Dividend |
|---|---|---|---|
| Citibank/ Choice | $950.82 | | $145.46 |
| Recovery Mgmt Sys | $902.99 | | $138.14 |
| Sallie Mae | $37,577.32 | | $5,748.64 |
| Target | $328.83 | | $50.30 |

MBNA America filed a late claim in the amount of $3,753.04 but will receive no distribution on its claim.

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

For the Court:

Dated: **February 27, 2008**       **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee: Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)