IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05 B 58071 |
| TOMEEKA JONES | ) | HON. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT:  U.S.BANKRUPTCY COURT
        219 S. DEARBORN STREET, COURTROOM 642
        CHICAGO IL 60604

   ON:  **April 8, 2008**           AT:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   | | |
   |---|---|
   | RECEIPTS | $7600.72 |
   | DISBURSEMENTS | $8.11 |
   | NET CASH AVAILABLE FOR DISTRIBUTION | $7,592.61 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|

                         PAID

| | | | |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $1,510.07 | $0 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No creditors have filed priority claims in this case.

7. General unsecured creditors filed claims totaling $39,759.96 and will receive a distribution of 15% of the amount of their claims as follows:

| Creditor | Amount of Claim | Interest | Amount of Dividend |
|---|---|---|---|
| Citibank/ Choice | $950.82 | | $145.46 |
| Recovery Mgmt Sys | $902.99 | | $138.14 |
| Sallie Mae | $37,577.32 | | $5,748.64 |
| Target | $328.83 | | $50.30 |

    MBNA America filed a late claim in the amount of $3,753.04 but will receive no distribution on its claim.

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

10. The debtor received a discharge.

                                                                                   For the Court:

Dated: **February 27, 2008**         **KENNETH S. GARDNER**
                                                               Kenneth S.Gardner, Clerk
                                                               United States Bankruptcy Court

Trustee:  Brenda Porter Helms
             3400 W. Lawrence Avenue
             Chicago IL 60625
             (773) 463-6427
             (773) 267-9405 (fax)

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Feb 27, 2008
Case: 05-58071                Form ID: pdf002          Total Served: 18

The following entities were served by first class mail on Feb 29, 2008.
 db          +Tomeeka Jones,    4133 W Harrison,    Chicago, IL 60624-3550
 aty         +James C Truax,    James C  Truax & Associates,    30 East Adams Street,    Suite 1050,
               Chicago, IL 60603-5661
 tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
10303315      ACS,   POB 7051,    Utica, NY  13504-7051
10303316      Charter One Mortgage,    POB 20411,    Rochester, NY  14602-0411
10303318      Cingular Wireless c/o,    BCR,    POB 9001,    Minnetonka, MN  55345-9001
10303319     +Citi Card,    POB 6000,    The Lakes, NV 89163-0001
10880048      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10303317     +DaimlerChrysler Financial Services Americas, LLC,    successor to DaimlerChrysler Services NA,
               c/o Riezman Berger PC,    7700 Bonhomme Ave 7th Floor,    St Louis, MO 63105-1960
10303320    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10303321      JC Penny,    POB 530945,    Atlanta, GA  30353-0945
10303322     +MBNA America Bank, NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10303323     +Providian,    POB 660509,    Dallas, TX 75266-0509
10768578     +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10303324      Sallie Mae,    POB 4600,    Wilkes-Barre, PA  18773-4600
10775300     +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
10303325      Target Corp.,    POB 59231,    Minneapolis, MN  55459-0231
10773056     +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 29, 2008**          **Signature:** _Joseph Speetjens_ (signature)