IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOMEEKA JONES | ) | NO. 05-58071 |
| | ) | HON. SUSAN PIERSON SONDERBY, |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report. copies of which are attached hereto as Group Exhibit A.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.

Dated: May 13. 2008                               /s/ Brenda Porter Helms
                                                  _____
                                                  Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| TOMEEKA JONES | CASE NO. 05-58071 |
| Debtor(s). | HON. JOHN SQUIRES |

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $1,510.07 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,081.34 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $7,591.41 |

*Group Exhibit A* (handwritten)

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,510.07 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $1,510.07 | $1,510.07 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,650 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,650 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,100 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 39,759.96 | 15.30 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 4 | Citibank/Choice General Unsecured 726 | $950.82 | $145.43 |
| 1 | Recovery Management Systems Corp General Unsecured 726 | $902.99 | $138.11 |
| 3 | Sallie Mae General Unsecured 726 | $37,577.32 | $5,747.51 |
| 2 | Target National Bank General Unsecured 726 | $328.83 | $50.29 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured claims | $ 3.753.04 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 5 | MBNA America<br>Tardy General Unsecured 726 | $3.753.04 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/Penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _4/14/08                                         /s/ Brenda Porter Helms,
                                                                Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| TOMEEKA JONES | ) | CASE NO. 05-58071 |
| | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,510.07 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,510.07 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____. 2008.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 05-58071 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JONES, TOMEEKA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ********5541 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5450 | | | |
| For Period Ending: | 05/13/08 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/06 | 1 | Mansion View Development Corp 2231 N. Clybourn Chicago IL 60614 | settlement of lawsuit v. Mansion Vi | 1249-000 | 7,500.00 | | 7,500.00 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.63 | | 7,501.63 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.37 | | 7,508.00 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.17 | | 7,514.17 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.39 | | 7,520.56 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.18 | | 7,526.74 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.39 | | 7,533.13 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.40 | | 7,539.53 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 8.11 | 7,531.42 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.78 | | 7,537.20 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.40 | | 7,543.60 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.21 | | 7,549.81 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.41 | | 7,556.22 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.20 | | 7,562.42 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.43 | | 7,568.85 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.43 | | 7,575.28 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.82 | | 7,580.10 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.83 | | 7,584.93 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 4.05 | | 7,588.98 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.63 | | 7,592.61 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.01 | | 7,595.62 |
| 02/14/08 | 000102 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 8.47 | 7,587.15 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.80 | | 7,588.95 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.79 | | 7,590.74 |
| 04/14/08 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.67 | | 7,591.41 |
| 04/14/08 | | Transfer to Acct #********7475 | Final Posting Transfer | 9999-000 | | 7,591.41 | 0.00 |

Exhibit B

PFORM24  Ver: 12.63

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58071 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | JONES, TOMEEKA | | Bank Name: | BANK OF AMERICA, N.A |
| | | | Account Number / CD #: | *******7475 Checking - Non Interest |
| Taxpayer ID No: | *******5450 | | | |
| For Period Ending: | 05/13/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/08 | | Transfer from Acct #*******5541 | Transfer In From MMA Account | 9999-000 | 7,591.41 | | 7,591.41 |
| 04/14/08 | 001001 | Brenda Porter Helms | trustee compensation | 2100-000 | | 1,510.07 | 6,081.34 |
| 04/14/08 | 001002 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes NV 88901 | final distribution | 7100-000 | | 145.43 | 5,935.91 |
| 04/14/08 | 001003 | Recovery Management Systems Corp<br>for GE Money Bank d/b/a/ JC Penney<br>25 SE 2nd Ave. #1120<br>Miami FL 33131 | final distribution | 7100-000 | | 138.11 | 5,797.80 |
| 04/14/08 | 001004 | Sallie Mae<br>220 Lesley Avenue<br>Wilkes-Barre PA 18706 | final distribution | 7100-000 | | 5,747.51 | 50.29 |
| 04/14/08 | 001005 | Target National Bank<br>c/o Weinstein & Riley<br>2101 Fourth Ave. #900<br>Seattle WA 98121 | final distribution | 7100-000 | | 50.29 | 0.00 |

Total Of All Accounts 0.00

PFORM24

Ver 12.63